Darin A. JONES, Petitioner

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent Department of Justice, Intervenor.

No. 2014–3050.

United States Court of Appeals, Federal Circuit.

March 18, 2015.

Darin A. Jones, Bethesda, MD, pro se.

Lindsey Schreckengost, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, for respondent. Also represented by Bryan G. Polisuk.

Meen Geu Oh, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for intervenor. Also represented by Stuart F. Delery, Robert E. Kirschman, Jr., Claudia Burke.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.